**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL MARQUIS MAXEY, ) <br> ) <br>     Petitioner, ) <br> ) <br>     v. ) <br> ) <br> PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br>     Respondent. ) <br> ) <br> ) | Case No.: 1:15-cv-01803-DAD-JLT <br><br> ORDER GRANTING PETITIONER'S MOTION TO NAME THE PROPER RESPONDENT (Doc. 9) <br><br> ORDER DIRECTING CLERK OF THE COURT TO SUBSTITUTE STUART SHERMAN FOR PEOPLE OF THE STATE OF CALIFORNIA AS THE NAMED RESPONDENT IN THIS CASE |

    On December 4, 2015, the Court ordered Petitioner to file a motion to name the proper respondent in this case. (Doc. 4). Petitioner has done so. Thus, the Court **ORDERS**:

    1.    Petitioner's motion to name the proper Respondent (Doc. 9), is **GRANTED**;

    2.    The Clerk of the Court is **DIRECTED** to substitute the name of **Stuart Sherman** for "People of the State of California" as the named Respondent in this case.

IT IS SO ORDERED.

Dated:   **August 17, 2016**             **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE